THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Russell
 Moore, Appellant.
 
 
 

Appeal from Spartanburg County
  J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No. 2008-UP-400
Submitted July 1, 2008  Filed July 17,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Johnny Russell Moore appeals his guilty plea to burglary in the first
 degree.  He maintains his guilty plea failed to conform with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically, Moore asserts he did not meaningfully waive his rights.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Moores appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.